UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>    Defendant. | Civil Action No. 24-3292 (TNM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Heritage Foundation and Mike Howell and Defendant Federal Emergency Management Agency, by and through the undersigned counsel, respectfully stipulate to the dismissal of this action.

Dated: July 7, 2025

/s/
ERIC NEAL CORNETT
D.C. Bar #1660201
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/
    BRADLEY G. SILVERMAN
    Assistant United States Attorney
    D.C. Bar #1531664
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*